

**Theresa Lam/HID/09/USCOURTS**
01/03/2006 09:26 AM

To: HIDml_CR Notice Group

cc: Malia Kakos/HID/09/USCOURTS@USCOURTS, James Kawahito/HID/09/USCOURTS@USCOURTS, Aimee Lum/HID/09/USCOURTS@USCOURTS,

bcc: Carol Hangai/HID/09/USCOURTS@USCOURTS

Subject: CR 04-00257DAE USA v. Christian Maxwell

Sentencing date has been continued from 1/9/2006 to 3/10/2006 @130pmDAE

AUSA: Mike Kawahara
Attorney: Richard Gronna

Stip to be prepared by Mr. Kawahara

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 3 2006

at ___ o'clock and ___min.___M
SUE BEITIA, CLERK