ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 10 2008

at __2__ o'clock and __35__ min ___P___ M.
SUE BEITIA, CLERK

RICHARD D. GRONNA #5391
Attorney at Law
Haseko Center
820 Mililani Street, Suite 502
Honolulu, Hawai'i 96813
Telephone (808) 523-2441
Facsimile (808) 521-4800
Email: rgronna@hawaii-personal-injury.com

Attorney for Defendant
CHRISTIAN MAXWELL

**LODGED**

APR 08 2008

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

### UNITED STATES DISTRICT COURT

### DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br>CHRISTIAN MAXWELL,<br><br>        Defendant. | ) CR. NO. 04-00257DAE<br>)<br>) STIPULATION TO CONTINUE<br>) SENTENCING; ORDER GRANTING<br>) STIPULATION TO CONTINUE<br>) SENTENCING<br>)<br>) OLD DATE: April 7, 2008<br>) TIME: 2:00 p.m.<br>)<br>) NEW DATE: August 4, 2008<br>) TIME: 2:00 P.M. 1:30pm<br>) JUDGE DAVID ALAN EZRA<br>) |

### STIPULATION TO CONTINUE SENTENCING

IT IS HEREBY STIPULATED by the Plaintiff, United

States of America by Assistant, United States Attorney

Michael Kawahara, and the Defendant, Christian Maxwell, by

his attorney Richard D. Gronna, that the Sentencing in this

matter be continued from April 7, 2008 at 2:00 p.m. to

August 4, 2008 at 2:00 p.m.
1:30

DATED: Honolulu, Hawai'i, _4-8-2008_

_____
MICHAEL KAWAHARA
Assistant United States Attorney


DATED: Honolulu, Hawai'i _April 3, 2008_

_____
RICHARD D. GRONNA
Attorney for Defendant
CHRISTIAN MAXWELL

<u>ORDER</u>

UPON the Stipulation of Counsel and good cause appearing therefore the Sentencing for the Defendant in this case is continued from April 7, 2008 at 2:00 p.m. to August 4, 2008 at 2:00 p.m. *1:30*

IT IS SO ORDERED.

DATED: Honolulu, Hawai'i, _____APR 1 0 2008_____ .

_____
JUDGE OF THE ABOVE ENTITLED COURT

<u>UNITED STATES OF AMERICA v. CHRISTIAN MAXWELL</u>; CR. NO. 04-0257 DAE; Order Granting Stipulation to Continue Sentencing