# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 04-00257DAE |
| CASE NAME: | USA v. (01)Christian Jason Maxwell |
| ATTYS FOR PLA: | Michael K. Kawahara |
| ATTYS FOR DEFT: | (01)Richard D. Gronna |
| USPO: | Neil Tsukayama |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 08/04/2008 | TIME: | 1:30pm-2:15pm |

COURT ACTION: EP: Sentencing to Counts 1, 2, and 3 of the First Superseding Indictment as to Defendant (01)Christian Jason Maxwell.

Defendant (01)Christian Jason Maxwell present, not in custody.

MOTION for Sentence below the USSG Advisory Range-DENIED as moot, due to advisory nature of guidelines. Substance of motion considered by the Court at sentencing of defendant.

Presentence Report adopted. Sentencing recommendations heard. Allocution by Defendant (01)Christian Jason Maxwell.

SENTENCE:

Imprisonment: 60 MONTHS, as to each of Counts 1, 2, and 3, with all such terms to run concurrently

Supervised Release: 5 YEARS, as to each of Counts 1, 2, and 3, with all such terms to run concurrently

Special Assessment: $100.00, as to each of Counts 1, 2, and 3 of the First Superseding Indictment

No fine.

CONDITIONS:

    1.    Defendant shall abide by the standard conditions of supervision.

2. Defendant shall not commit any federal, state, or local crimes.

3. Defendant shall not possess illegal controlled substances.

4. Defendant shall cooperate in the collection of DNA as directed by the probation officer.

5. Defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter, but no more than 8 valid drug tests per month during the term of supervised release, as directed by the Probation Office.[DRUG TESTING IS WAIVED]

6. Defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7. Defendant shall participate in and comply with substance abuse treatment, which includes drug and alcohol testing in a program approved by the Probation Office.  Defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

8. Defendant shall execute all financial disclosure forms and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

9. That the defendant participate in a mental health program at the discretion and direction of the Probation Office.

10. That the defendant perform a total of 200 hours of community service, 100 hours each year of the first 2 years,  as directed by the Probation Office.

JUDICIAL RECOMMENDATIONS: Prison Camp in the Los Angeles area . Educational and Vocational opportunities.  Supervised release to be served in the Central District of California.

Defendant advised of his right to appeal.

Mittimus is stayed until 9/15/2008.

Defendant to self-surrender @2:00 p.m. on 9/15/2008 at the facility designated by the Bureau of Prisons.  The time is the time at the facility.

Current bail conditions of release to continue.

Submitted by:  Theresa Lam, Courtroom Manager